IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARION S. LEBON and
LISA COWAND                                                                           PLAINTIFFS

VS                                                              CASE NO. 1:08-CV-509-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                              DEFENDANT

## WITHDRAWAL OF NOTICE OF DEPOSITION

TO: All Counsel

Please take notice that the deposition of LUIS FLORES, scheduled to be taken on November 10, 2009, at the Crowne Plaza Hotel and Conference Center Chicago O'Hare, 5440 North River Road, Rosemont, IL 60018, commencing at 9:00 a.m. (CST) is withdrawn to be re-scheduled at a later date.

Respectfully submitted, this the 9th day of November, 2009.

MARION LEBON and
LISA COWAND, Plaintiffs


BY:   /s/Deborah R. Trotter
      Deborah R. Trotter
      MSB #101360

Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS  39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email:  dtrotter@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I, DEBORAH R. TROTTER, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

    Hal S. Spragins
    Hickman, Goza & Spragins
    P.O. Drawer 668
    Oxford, MS  38655
    sspragins@hickmanlaw.com

This the 9th day of November, 2009.

                                    /s/Deborah R. Trotter
                                    Deborah R. Trotter, MSB #101360

Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS  39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email:  dtrotter@merlinlawgroup.com