EXHIBITS  A-G