AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Louisiana

**CERTIFICATE OF GOOD STANDING**

I, _____ Loretta G. Whyte _____, *Clerk of this Court,*

certify that _____ JESSE B. HEARIN III _____, Bar # _____ 22422 _____,

*was duly admitted to practice in this Court on*

_____ 11/16/1994 _____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____ New Orleans, Louisiana _____ on _____ 04/12/2010 _____.
LOCATION                                                            DATE

Loretta G. Whyte
CLERK

*[signature: Janice Dorsey]*
DEPUTY CLERK